IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB FULL, <br><br> Defendant. | CASE NO.   8:19 CR 350 <br><br> **SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE** |

Defendant states to the Court as follows:

(1)   I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)   I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)   At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____   10-15-202_
Defendant                           Date

_____   October 15, 2020
Attorney for Defendant               Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 20th day of October, 2020.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT