IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JACOB C. FULL,<br><br>    Defendant. | 8:19CR350<br><br>ORDER |

  This matter comes before the Court on the defendant's objection, Filing No. 97, objecting to General Order No. 2020-14. Defendant objects to the General Order, arguing that he has a Right to Speedy Trial and objects to any and all continuances implemented by this Order. However, the Court notes that defendant has informed the Court through his Counsel that he will plead guilty in this case. Accordingly, the Court finds the issue is moot.

  THEREFORE, IT IS ORDERED THAT defendant's objection, Filing No. 97, is denied as moot.

  Dated this 9th day of November, 2020.

                   BY THE COURT:

                   s/ Joseph F. Bataillon
                   Senior United States District Judge